

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, February 17, 2022

No. 04-21-00412-CR

**Ex parte** Kevin Owens,

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CR-1906
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

In this habeas corpus appeal, the State's brief was originally due to be filed with this court on January 31, 2022. On the due date, the State filed its first motion for a twenty-day extension of time to file its brief until February 21, 2022.

The State's motion is GRANTED. The State must file its brief with this court by February 22, 2022, 2020. *See* TEX. R. APP. P. 31.2 ("An appeal in a habeas corpus or bail proceeding will be heard at the earliest practicable time.").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of February, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court